JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Tel: (415) 788-9000
Fax: (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DICKSON LEUNG**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>**EVA AIRWAYS,**<br>**AIR NEW ZEALAND,**<br>**ALL NIPPON AIRWAYS,**<br>**CATHAY PACIFIC AIRWAYS,**<br>**CHINA AIRLINES,**<br>**JAPAN AIRLINES INTERNATIONAL,**<br>**MALAYSIA AIRLINES,**<br>**QANTAS AIRWAYS,**<br>**SINGAPORE AIRLINES,**<br>**THAI AIRWAYS,**<br>**UNITED AIRLINES,**<br><br>    Defendants. | Case No. CV 08-1616 VRW<br><br>**NOTICE OF RELATED CASES** |

NOTICE OF RELATED CASES

Plaintiff Dickson Leung, on behalf of himself and all others similarly situated, gives notice that this action is related to the following cases:

| | |
|---|---|
| *In re Transpacific Passenger Air Transportation Litigation* | MDL 1913 CRB |
| *Wortman v. Air New Zealand, et al.* | CV 07-5634 CRB |
| *Maloof v. Air New Zealand, et al.* | CV 07-5811 CRB |
| *Evans v. Air New Zealand, et al.* | CV 07-5821 CRB |
| *Ajaye v. Air New Zealand, et al.* | CV 07-5911 CRB |
| *Foy v. Air New Zealand, et al.* | CV 07-6219 CRB |
| *Casteel v. Air New Zealand, et al.* | CV 07-6343 CRB |
| *Diller v. Air New Zealand et al.* | CV 07-6394 CRB |
| *Kaufman v. Air New Zealand* | CV 07-6417 CRB |
| *Abrams v. Air New Zealand* | CV 08-339 CRB |
| *Turner v. All Nippon Airways, et al.* | CV 08-1444 CRB |

This case involves the same transactions and the same conduct by the same defendants. Both cases allege a conspiracy to fix, raise, maintain and/or stabilize the prices for long-haul passenger transportation services and fuel surcharges on trans-Pacific flights to and from the United States. Each case involves substantially the same defendants, who are many of the major airlines providing trans-Pacific passenger transportation services to and from the United States.

Were *Leung* to proceed independently, it would result in duplication of labor and expenses and would create an unnecessary risk of inconsistent results. Consolidating the cases before a single judge, in this instance the Honorable Charles R. Breyer whom has been assigned the *In re Transpacific Passenger Air Transportation Litigation*, would conserve both the parties' and the Court's resources.

NOTICE OF RELATED CASES

1

2  DATED: March 27, 2008

3

4  *[signature]*

5  JACK W. LEE, Esq. [SBN 71626]
   BRAD YAMAUCHI, Esq. [SBN 73245]
6  SEAN TAMURA-SATO, Esq. [SBN 254092]
   MINAMI TAMAKI LLP
7  360 Post Street, 8th Floor
   San Francisco, California 94108-4903
8  Tel:   (415) 788-9000
   Fax:   (415) 398-3887
9  jlee@MinamiTamaki.com

10 Attorneys for Plaintiff Dickson Leung
   and the Proposed Class
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES                    3