1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

13
14
15

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | Case No. CV 07-5634 CRB<br><br>MDL No. 1913 |
| This Document Relates To:<br><br>*Dickson Leung v. EVA Airways, et al.,*<br>Case No. CV 08-1616 VRW | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO RELATE CASES** |

16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiff Dickson Leung's Administrative Motion to Relate Cases is granted.  The action captioned *Leung v. EVA Airways, et al.*, Case No. CV 08-1616 VRW ("*Leung*"), filed March 25, 2008, is related to *Wortman, et al. v. Air New Zealand, Ltd., et al.,* Case No. CV 07-5634 CRB ("*Wortman*").  *Leung* shall be consolidated in *In re Transpacific Passenger Air Transportation Antitrust Litigation*, N.D. Cal. Case No. CV 07-5634 CRB.

Dated: _____March 31_____, 2008

_____

Hon. Charles R. Breyer

2
[PROPOSED] ORDER GRANTING PLAINTIFF DICKSON LEUNG'S ADMINISTRATIVE MOTION TO
RELATE CASES
CASE NO. CV 07-5634 CRB