JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Tel: (415) 788-9000
Fax: (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DICKSON LEUNG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>EVA AIRWAYS CORPORATION,<br>AIR NEW ZEALAND LIMITED,<br>ALL NIPPON AIRWAYS CO., LTD.,<br>CATHAY PACIFIC AIRWAYS LTD.,<br>CHINA AIRLINES, LTD.,<br>JAPAN AIRLINES INTERNATIONAL COMPANY LTD.,<br>MALAYSIA AIRLINE SYSTEM BERHAD,<br>QANTAS AIRWAYS LIMITED,<br>SINGAPORE AIRLINES LIMITED,<br>THAI AIRWAYS INTERNATIONAL, LTD.,<br>UNITED AIR LINES, LTD.,<br><br>    Defendants. | Case No. CV 08-1616 VRW<br><br>**PLAINTIFF DICKSON LEUNG'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
| This Document Relates To:<br><br>IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,<br>Case No. CV 07-5634 CRB | |

1

**PLAINTIFF DICKSON LEUNG'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  April 7, 2008    Respectfully submitted,

MINAMI TAMAKI LLP

By:    /s/ Jack W. Lee
Jack W. Lee
Attorney for Plaintiff
Dickson Leung

**PLAINTIFF DICKSON LEUNG'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

**PROOF OF SERVICE**

I, Sean Tamura-Sato, declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is MINAMI TAMAKI LLP, 360 Post Street, 8th Floor, San Francisco, California 94108.

In said County and State, on April 7, 2008, I served the following:

   1.   PLAINTIFF DICKSON LEUNG'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16

  X     BY ELECTRONIC FILING on those parties whose counsel are registered for electronic filing in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California, on April 7, 2008.

  /s/  Sean Tamura-Sato

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

3

PLAINTIFF DICKSON LEUNG'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16