JACK W. LEE, Esq. [SBN 71626]
BRAD YAMAUCHI, Esq. [SBN 73245]
SEAN TAMURA-SATO, Esq. [SBN 254092]
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California  94108-4903
Tel:  (415) 788-9000
Fax:  (415) 398-3887
jlee@MinamiTamaki.com

Attorneys for Plaintiff Dickson Leung
and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DICKSON LEUNG, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EVA AIRWAYS CORPORATION,<br>AIR NEW ZEALAND LIMITED,<br>ALL NIPPON AIRWAYS CO., LTD.,<br>CATHAY PACIFIC AIRWAYS LTD.,<br>CHINA AIRLINES, LTD.,<br>JAPAN AIRLINES INTERNATIONAL COMPANY LTD.,<br>MALAYSIA AIRLINE SYSTEM BERHAD,<br>QANTAS AIRWAYS LIMITED,<br>SINGAPORE AIRLINES LIMITED,<br>THAI AIRWAYS INTERNATIONAL, LTD.,<br>UNITED AIR LINES, LTD.,<br><br>　　　　　Defendants. | Case No. CV 08-1616 VRW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| This Document Relates To:<br><br>IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION,<br>Case No. CV 07-5634 CRB | |

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Attached are Proofs of Service of Summons and Complaint for the following defendants:

1. EVA Airways Corporation

2. Air New Zealand Limited

3. All Nippon Airways Co., Ltd.

4. Cathay Pacific Airways, Ltd.

5. China Airlines, Ltd.

6. Japan Airlines International Company Ltd.

7. Malaysia Airline System Berhad

8. Qantas Airways Limited

9. Singapore Airlines Limited

10. Thai Airways International, Ltd.

11. United Air Lines, Ltd.

Also attached is the issued Summons in a Civil Case.


DATED: April 7, 2008                         Respectfully submitted,

                                             MINAMI TAMAKI LLP


                               By:     /s/ Jack W. Lee_____
                                       Jack W. Lee
                                       Attorney for Plaintiff
                                       Dickson Leung

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

2
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1  Jack W. Lee, Bar No: 71626              (415) 788-9000
2  MINAMI TAMAKI, LLP
   360 Post St.
3  San Francisco, CA  94108

4  Representing: Plaintiff              File No.08042-0000

5

6

7

8                          United States District Court

9                          Northern District of California

10

11

12  Leung                                    )        Case No: CV 08-1616 VRW
                                             )
13                                           )        Proof of Service of:
                                             )
14       Plaintiff/Petitioner                )        Summons In A Civil Action; Complaint; Civil
                                             )        Cover Sheet; ECF Registration Information
15                   vs.                     )        Handout; Order Setting Initial Case Management
                                             )        Conference and ADR Deadlines; Order Setting
16  EVA Airlines Corporation, et al.         )        Case Management Conference; Standing Order For
                                             )        All Judges of The Northern District of California;
17                                           )
         Defendant/Respondent                )        Service on:
18                                           )
                                                      EVA AIRWAYS CORPORATION
19

20

21

22                                                    Hearing Date:

23                                                    Hearing Time:

24                                                    Div/Dept:

25

26

27

28

                              PROOF OF SERVICE

FF# 6659430

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA  94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Leung | CV 08-1616 VRW |
| DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conferenc Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Jud to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

3. a. Party served: EVA AIRWAYS CORPORATION

   b. Person Served: CT Corporation - Vivian Imperial - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA  90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/26/2008          (2) at (time):  2:15 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   EVA AIRWAYS CORPORATION

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:              Jimmy Lizama
   b. Address:           One Legal - 194-Marin
                         504 Redwood Blvd #223
                         Novato, CA  94947
   c. Telephone number:  415-491-0606
   d. The fee for service was:  $ 14.95
   e. I am:
      (3)  registered California process server.
           (i)   Employee or independent contractor.
           (ii)  Registration No.: 4553
           (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  3/27/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

1

Jack W. Lee, Bar No: 71626      (415) 788-9000

2

MINAMI TAMAKI, LLP
360 Post St.

3

San Francisco, CA  94108

4

Representing: Plaintiff      File No.08042-0000

5

6

7

8

United States District Court

9

Northern District of California

10

11

12

Leung

13

14

       Plaintiff/Petitioner

15

vs.

16

EVA Airlines Corporation, et al.

17

       Defendant/Respondent

18

19

20

21

22

23

24

25

26

27

28

Case No: CV 08 1616 VRW

Proof of Service of:

     Summons In A Civil Action; Complaint; Civil
     Cover Sheet; ECF Registration Information
     Handout; Order Setting Initial Case Management
     Conference and ADR Deadlines; Order Setting
     Case Management Conference; Standing Order For
     All Judges of the Northern District of California;

Service on:

     Air New Zealand Limited

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

FF# 6659413

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name):* Plaintiff | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Leung<br><br>DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | CASE NUMBER:<br>CV 08 1616 VRW |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>08042-0000 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference Standing Order For All Judges of the Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours;

3. a. Party served: Air New Zealand Limited

   b. Person Served: Charles Schuler on behalf of Air New Zealand Ltd - Person authorized to accept service of process

4. Address where the party was served:  1960 E. Grand Ave. Ste. 300
   El Segundo , CA 90245

5. I served the party
   b. **by substituted service.** On (date): 3/26/2008          at (time): 3:22 PM    I left the documents listed in item 2 with or in the presence of: Kenneth Eden

   (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Air New Zealand Limited

   under:      Other:  Business Organization Form Unknown

7. **Person who served papers**
   a. Name:              Katherine Brown
   b. Address:          One Legal - 194-Marin
                             504 Redwood Blvd #223
                             Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 97.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/27/2008

                    Katherine Brown                                                          *K atherine Brown*
            (NAME OF PERSON WHO SERVED PAPERS)                                              (SIGNATURE)

**PROOF OF SERVICE OF SUMMONS**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA  94108 | | (415) 788-9000 | |
| ATTORNEY FOR (Name):  Plaintiff | | Ref. No. or File No.<br>08042-0000 | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 |

| PLAINTIFF: |
|---|
| Leung |

| DEFENDANT: |
|---|
| EVA Airlines Corporation, et al. |

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>CV 08 1616 VRW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On 3/27/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Standing Order For All Judges of the Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours;

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Air New Zealand Limited
Charles Schuler on behalf of Air New Zealand Ltd
1960 E. Grand Ave., Ste. 300
El Segundo, CA  90245

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 97.00

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/27/2008 at Los Angeles, California.

Solomon Rodriguez

FF# 6659413

1  | Jack W. Lee, Bar No: 71626          (415) 788-9000
2  | MINAMI TAMAKI, LLP
   | 360 Post St.
3  | San Francisco, CA  94108
4  | Representing: Plaintiff              File No.08042-0000
5  |
6  |
7  |
8  |                          United States District Court
9  |                          Northern District of California
10 |
11 |
12 | Leung
13 |                                    )          Case No: CV 08-1616 VRW
14 |        Plaintiff/Petitioner        )
   |                                    )    Proof of Service of:
15 |             vs                     )
   |                                    )       Summuns In A Civil Action; Complaint; Civil
16 | EVA Airlines Corporation, et al.   )       Cover Sheet; ECF Registration Information
   |                                    )       Handout; Order Setting Initial Case Management
17 |                                    )       Conference and ADR Deadlines; Order Setting
   |        Defendant/Respondent        )       Case Management Conference; Standing Order For
18 |                                    )       All Judges of The Northern District of California;
   |                                    )
19 |                                        Service on:
20 |                                           ALL NIPPON AIRWAYS CO., LTD.
21 |
22 |                                        Hearing Date:
23 |                                        Hearing Time:
   |                                        Div/Dept:
24 |
25 |
26 |
27 |
28 |

                                   PROOF OF SERVICE

FF# 6659431

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA  94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

| PLAINTIFF/PETITIONER: Leung | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | CV 08-1616 VRW |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Jud to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

3. a. Party served: ALL NIPPON AIRWAYS CO., LTD.

   b. Person Served: Osamu Machida - Person authorized to accept service of process

4. Address where the party was served: 2050 West 190th Street Suite 100
   Torrance, CA  90504

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/27/2008          (2) at *(time):*  11:11 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:


   ALL NIPPON AIRWAYS CO., LTD.

   under:      CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:              Katherine Brown
   b. Address:          One Legal - 194-Marin
                              504 Redwood Blvd #223
                              Novato, CA  94947
   c. Telephone number:     415-491-0606
   d. The fee for service was:  $ 44.00
   e. I am:
        (3)  registered California process server.
             (i)  Employee or independent contractor.
             (ii)  Registration No.:
             (iii)  County  LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  3/28/2008

          Katherine Brown
       (NAME OF PERSON WHO SERVED PAPERS)                                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6659431

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St.<br>San Francisco, CA 94108 | | (415) 788-9000 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>08042-0000 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Dickson Leung

DEFENDANT:

EVA Airlines Corporation, et al.

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | CV 08 1616 VRW |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Summons, Class Action Complaint, ECF Registration handout, Order Setting Initial Case Management Conference and ADR Deadlines, Judge Walker's Order re Case Management Conference, Standing Order for all Judges of the Northern District Court regarding Contents of Joint Case Management Statement, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Guidelines for San Francisco Division of District Court

2. Party Served:    CATHAY PACIFIC AIRWAYS LTD.

3. Person Served:    Alan KL Wong - Person authorized to accept service of process.

 a. Left with:    Marika Alexander- Person in Charge of Office

4. Date & Time of Delivery:    4/1/2008    3:38 PM

5. Address, City and State:    360 Post St. Ste. 300
San Francisco, CA 94108

6. Manner of Service:    By leaving the copies with or in the presence of Marika Alexander, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

65.50

Registered California process server.
County: ALAMEDA
Registration No.:1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/2/2008 at Oakland, California.

Signature: _____
                        Chris Beale

FF# 6659432

Jack W. Lee, 71626
MINAMI TAMAKI, LLP
360 Post St.
San Francisco, CA 94108                                (415) 788-9000

ATTORNEY FOR (Name):  Plaintiff

| | Ref. No. or File No. |
|---|---|
| | 08042-0000 |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Dickson Leung

DEFENDANT:

EVA Airlines Corporation, et al.

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | CV 08 1616 VRW |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 4/2/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Summons, Class Action Complaint, ECF Registration handout, Order Setting Initial Case Management Conference and ADR Deadlines, Judge Walker's Order re Case Management Conference, Standing Order for all Judges of the Northern District Court regarding Contents of Joint Case Management Statement, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Guidelines for San Francisco Division of District Court

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

CATHAY PACIFIC AIRWAYS LTD.
Alan KL Wong
360 Post St., Ste. 300
San Francisco, CA 94108

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

65.50

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 4/2/2008 at Oakland, California.

Lee Major
Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

*Lee Major*

Lee Major

FF# 6659432

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jack W. Lee, Bar No: 71626            (415) 788-9000
MINAMI TAMAKI, LLP
360 Post St.
San Francisco, CA  94108

Representing: Plaintiff            File No.08042-0000

United States District Court

Northern District of California

Leung                                    )        Case No: CV 08-1616 VRW
                                         )
                                         )    Proof of Service of:
        Plaintiff/Petitioner             )
                                         )        Summuns In A Civil Action; Complaint; Civil
            vs.                          )        Cover Sheet; ECF Registration Information
                                         )        Handout; Order Setting Initial Case Management
EVA Airlines Corporation, et al.         )        Conference and ADR Deadlines; Order Setting
                                         )        Case Management Conference; Standing Order For
        Defendant/Respondent             )        All Judges of The Northern District of California;
                                         )    Service on:
                                              CHINA AIRLINES, LTD.


                                              Hearing Date:
                                              Hearing Time:
                                              Div/Dept:

PROOF OF SERVICE

FF# 6659433

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108<br>　　TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Leung | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | CV 08-1616 VRW |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

3. a. Party served: CHINA AIRLINES, LTD.

   b. Person Served: Jeff Hann-Yeh Ho - Person authorized to accept service of process

4. Address where the party was served: 200 N Continental Blvd
        El Segundo , CA 90245

5. I served the party
   b. **by substituted service.** On (date): 3/27/2008     at (time): 12:11 PM I left the documents listed in item 2 with or in the presence of: Gary Chen, A/M/21/5"7/135/Black Hair
     (2)       a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   CHINA AIRLINES, LTD.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:     Katherine Brown
   b. Address:    One Legal - 194-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 65.50
   e. I am:
     (3) registered California process server.
      (i) Employee or independent contractor.
      (ii) Registration No.:
      (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

      Katherine Brown                        _Katherine Brown_
    (NAME OF PERSON WHO SERVED PAPERS)           (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br><br>FF# 6659433 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Jack W. Lee, 71626 MINAMI TAMAKI, LLP 360 Post St. 8th Floor San Francisco, CA  94108 | | (415) 788-9000 | | |
| ATTORNEY FOR (Name):  Plaintiff | | Ref. No. or File No. 08042-0000 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

Leung

DEFENDANT:

EVA Airlines Corporation, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER: CV 08-1616 VRW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On 3/28/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

CHINA AIRLINES, LTD.
Jeff Hann-Yeh Ho
200 N Continental Blvd
El Segundo, CA  90245

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 65.50

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/28/2008 at Los Angeles, California.

Solomon Rodriguez

FF# 6659433

1  | Jack W. Lee, Bar No: 71626                    (415) 788-9000
2  | MINAMI TAMAKI, LLP
3  | 360 Post St.
   | San Francisco, CA  94108
4  | Representing: Plaintiff                  File No.08042-0000
5  |
6  |
7  |
8  |                        United States District Court
9  |                       Northern District of California
10 |
11 |
12 | Leung                                   Case No: CV 08-1616 VRW
13 |                                  )
14 |        Plaintiff/Petitioner      )      Proof of Service of:
15 |              vs                  )        Summons In A Civil Action; Complaint; Civil
16 |                                  )        Cover Sheet; ECF Registration Information
   | EVA Airlines Corporation, et al. )        Handout; Order Setting Initial Case Management
17 |                                  )        Conference and ADR Deadlines; Order Setting
   |        Defendant/Respondent      )        Case Management Conference; Standing Order For
18 |                                  )        All Judges of The Northern District of California;
   |_____)      Service on:
19 |
20 |                                          JAPAN AIRLINES INTERNATIONAL
   |                                          COMPANY, LTD.
21 |
22 |                                            Hearing Date:
23 |                                            Hearing Time:
   |                                            Div/Dept:
24 |
25 |
26 |
27 |
28 |

                              PROOF OF SERVICE

FF# 6659434

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Leung | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | CV 08-1616 VRW |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conferenc Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Jud to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

3. a. Party served: JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.

   b. Person Served: Patrick Furrow - Person authorized to accept service of process

   *BY FAX*

4. Address where the party was served: 300 Continental Blvd Ste 620
   El Segundo, CA 90245

5. I served the party
   b. **by substituted service.** On (date): 3/27/2008    at (time): 12:20 PM I left the documents listed in item 2 with or in the presence of: Kazuhito Yamamoto

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:        Katherine Brown
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 65.50
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

Katherine Brown                                    *(signature)*
(NAME OF PERSON WHO SERVED PAPERS)                 (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

FF# 6659434

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA  94108 | (415) 788-9000 | |
| ATTORNEY FOR *(Name)*:   Plaintiff | Ref. No. or File No.<br>08042-0000 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

Leung

DEFENDANT:

EVA Airlines Corporation, et al.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>CV 08-1616 VRW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On 3/28/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.         *BY FAX*
Patrick Furrow
300 Continental Blvd, Ste 620
El Segundo, CA  90245

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 65.50

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/28/2008 at Los Angeles, California.

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947

Anthony Espinosa

FF# 6659434

1   Jack W. Lee, Bar No: 71626          (415) 788-9000
2   MINAMI TAMAKI, LLP
    360 Post St.
3   San Francisco, CA  94108

4   Representing: Plaintiff              File No.08042-0000

5

6

7

8                          United States District Court

9                          Northern District of California

10

11

12  Leung                                )        Case No: CV 08-1616 VRW
                                         )
13                                       )        Proof of Service of
                                         )
14          Plaintiff/Petitioner         )            Summons In A Civil Action; Complaint; Civil
                                         )            Cover Sheet; ECF Registration Information
15              vs                       )            Handout; Order Setting Initial Case Management
                                         )            Conference and ADR Deadlines; Order Setting
16  EVA Airlines Corporation, et al.     )            Case Management Conference; Standing Order for
                                         )            All Judges of the Northern District of California;
17                                       )
            Defendant/Respondent         )        Service on:
18  _____)
                                                      Malaysia Airline System Berhad
19

20

21

22                                                Hearing Date:

23                                                Hearing Time:

24                                                Div/Dept:

25

26

27

28


                                    PROOF OF SERVICE

FF# 6659412

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Leung | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | CV 08-1616 VRW |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference Standing Order for All Judges of the Northern District of California; Notice of Availability of Magistrate Judge Exercise Jurisdiction; Office Hours;

3. a. Party served: Malaysia Airline System Berhad

   b. Person Served: A.S. Gorakshakar, Admin., Executive - Person authorized to accept service of process

4. Address where the party was served: 100 N. Sepulveda Blvd. Ste. 400
   El Segundo, CA 90245

5. I served the party
   b. **by substituted service.** On (date): 3/26/2008        at (time): 3:45 PM    I left the documents listed in item 2 with or in the presence of: A.S. Gorakshakar, Admin., Executive

   (1) **(business)**    a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Malaysia Airline System Berhad

   under:    Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name:        Katherine Brown
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 97.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/27/2008

Katherine Brown
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br><br>FF# 6659412 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108 | | (415) 788-9000 | |
| ATTORNEY FOR *(Name):*  Plaintiff | Ref. No. or File No.<br>08042-0000 | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Leung

DEFENDANT:

EVA Airlines Corporation, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>CV 08-1616 VRW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 3/27/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Standing Order for All Judges of the Northern District of California; Notice of Availability of Majistrate Judge to Exercise Jurisdiction; Office Hours;

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

> Malaysia Airline System Berhad
> A.S. Gorakshakar, Admin., Executive
> 100 N. Sepulveda Blvd., Ste. 400
> El Segundo, CA 90245

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 97.00

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/27/2008 at Los Angeles, California.

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

Solomon Rodriguez

FF# 6659412

1  Jack W. Lee, Bar No: 71626          (415) 788-9000
2  MINAMI TAMAKI, LLP
   360 Post St.
3  San Francisco, CA  94108

4  Representing: Plaintiff            File No.08042-0000

5

6

7

8                          United States District Court

9                         Northern District of California

10

11

12  Leung
                                    )        Case No: CV 08-1616 VRW
13                                  )
                                    )    Proof of Service of:
14      Plaintiff/Petitioner        )
                                    )        Summuns In A Civil Action; Complaint; Civil
15            vs.                   )        Cover Sheet; ECF Registration Information
                                    )        Handout; Order Setting Initial Case Management
16  EVA Airlines Corporation, et al.)        Conference and ADR Deadlines; Order Setting
                                    )        Case Management Conference; Standing Order For
17                                  )        All Judges of The Northern District of California;
        Defendant/Respondent        )
18  _____)    Service on:

19                                           QANTAS AIRWAYS LIMITED

20

21

22                                       Hearing Date:

23                                       Hearing Time:

24                                       Div/Dept:

25

26

27

28

                               PROOF OF SERVICE

FF# 6659435

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Leung | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: EVA Airlines Corporation, et al. | CV 08-1616 VRW |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

3. a. Party served: QANTAS AIRWAYS LIMITED

   b. Person Served: Walter Rinaldo Mariani - Person authorized to accept service of process

4. Address where the party was served: 6080 Center Drive #400
     Los Angeles, CA 90045-1574

5. I served the party
   b. **by substituted service.** On (date): 3/27/2008    at (time): 12:55 PM  I left the documents listed in item 2 with or in the presence of: Veronica Carter, B/F/34/5'7/160/Black
     (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

     (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

QANTAS AIRWAYS LIMITED

under:   Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name:      Katherine Brown
   b. Address:     One Legal - 194-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 65.50
   e. I am:
     (3) registered California process server.
       (i) Employee or independent contractor.
       (ii) Registration No.:
       (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

     Katherine Brown
     (NAME OF PERSON WHO SERVED PAPERS)               (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA  94108 | | (415) 788-9000 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No.<br>08042-0000 | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 |

| PLAINTIFF: |
|---|
| Leung |

| DEFENDANT: |
|---|
| EVA Airlines Corporation, et al. |

| **PROOF OF SERVICE BY MAIL** | | | CASE NUMBER:<br>CV 08-1616 VRW |
|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action.  My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On 3/28/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> Summuns In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeels, California, addressed as follows:

QANTAS AIRWAYS LIMITED
Walter Rinaldo Mariani
6080 Center Drive, #400
Los Angeles, CA  90045-1574

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

---

$ 65.50

| | |
|---|---|
| Solomon Rodriguez<br>One Legal - 194-Marin<br>504 Redwood Blvd #223<br>Novato, CA  94947 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/28/2008 at Los Angeles, California.<br><br>Solomon Rodriguez |

FF# 6659435

1
2
Jack W. Lee, Bar No: 71626                    (415) 788-9000
MINAMI TAMAKI, LLP
3
360 Post St.
San Francisco, CA  94108
4
Representing: Plaintiff                        File No.08042-0000
5
6
7
8                              United States District Court                    *BY FAX*
9                            Northern District of California
10
11                                                                             *BY FAX*
12  Leung
13                                                    )        Case No: CV 08-1616 VRW
14              Plaintiff/Petitioner                  )
                                                      )    Proof of Service of:
15                    vs                              )
                                                      )        Summuns In A Civil Action; Complaint; Civil
16  EVA Airways Corporation, et al.                   )        Cover Sheet; ECF Registration Information
                                                      )        Handout; Order Setting Initial Case Management
17                                                    )        Conference and ADR Deadlines; Order Setting
              Defendant/Respondent                    )        Case Management Conference; Standing Order For
18                                                    )        All Judges of The Northern District of California;
19                                                        Service on:
20                                                          SINGAPORE AIRLINES LIMITED
21
22                                                        Hearing Date:
23                                                        Hearing Time:
                                                          Div/Dept:
24
25
26
27
28

                                   PROOF OF SERVICE

FF# 6659436

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA  94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

| PLAINTIFF/PETITIONER: Leung | CASE NUMBER:<br>CV 08-1616 VRW |
|---|---|
| DEFENDANT/RESPONDENT: EVA Airways Corporation, et al. | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>08042-0000 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summuns In A Civil Action; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference Standing Order For All Judges of The Northern District of California; Notice of Availability of Magistrate Jud to Exercise Jurisdiction; Office Hours; Drop Box Filing Procedures

3. a. Party served: SINGAPORE AIRLINES LIMITED

   b. Person Served: Michael Chapman - Person authorized to accept service of process

*BY FAX*

4. Address where the party was served: 5670 Wilshire Blvd Ste 1800
   Los Angeles, CA  90036

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/27/2008       (2) at *(time):*  3:25 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

SINGAPORE AIRLINES LIMITED

   under:       Other:  Limited Partnership

7. **Person who served papers**
   a. Name:                Jimmy Lizama
   b. Address:             One Legal - 194-Marin
                           504 Redwood Blvd #223
                           Novato, CA  94947
   c. Telephone number:    415-491-0606
   d. The fee for service was:  $ 44.00
   e. I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br><br>FF# 6659436 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St.<br>San Francisco, CA  94108 | (415) 788-9000 | |

ATTORNEY FOR *(Name)*:  Plaintiff

Ref. No. or File No.

08042-0000

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

Dickson Leung

DEFENDANT:

EVA Airlines Corporation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 081616 VRW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Cover letter indicating Defendant Thai Airways being served, Email attachment to cover letter, Summons, Civil Case Cover Sheet, Class Action Complaint, ECF Registration handout, Order Setting Initial Case Management Conference and ADR Deadlines, Judge Walker's Order re Case Management Conference, Standing Order for all Judges of the Northern District Court regarding Contents o Joint Case Management Statement, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Guidelines for San

2. Party Served:  THAI AIRWAYS INTERNATIONAL, LTD.

3. Person Served:  CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:  April 2, 2008      1:49 pm

5. Address, City and State:  2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA  95833

BY FAX

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 2, 2008 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6659862

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St.<br>San Francisco, CA 94108 | | (415) 788-9000 | | | |

ATTORNEY FOR *(Name):*  Plaintiff

| | Ref. No. or File No. |
|---|---|
| | 08042-0000 |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Leung, et al.

DEFENDANT:

EVA Airlines Corporation, et al.

| **PROOF OF SERVICE** | DATE: | | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|---|
| | | | | | CV08-01616 VRW |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Summons, Class Action Complaint, ECF Registration Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Judge Walker's Order re Case Management Conference, Standing Order for all Judges of the Northern District Court regarding Contents of Joint Case Management Statement, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Guidelines for San Francisco Division of District Court, Civil Case Cover Sheet

2. Party Served:            United Airlines

3. Person Served:           party in item 2

4. Date & Time of Delivery:     3/26/2008            1:51 PM

5. Address, City and State:     2730 Gateway Oaks Dr. Ste 100
                                Sacramento, CA 95833

6. Manner of Service:       Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 75.00

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/27/2008 at Oakland, California.

Signature: _____

                                Tyler Dimaria

FF# 6659411

E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

DICKSON LEUNG, on behalf of himself and all others )
Plaintiff    similarly situated )
v.    )
EVA AIRWAYS CORPORATION, ET AL.    )
Defendant    )

CV 08    1616

Civil Action No.

VRW

### Summons in a Civil Action

To:    EVA AIRWAYS CORPORATION.(see addendum)
*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jack W. Lee; Brad Yamauchi; Sean Tamura-Sato
MINAMI TAMAKI LLP
360 Post Streetm 8th Floor
San Francisco, CA 94108

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Richard W. Wieking
Name of clerk of court

Date:    03/25/2008

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ADDENDUM TO SUMMONS

ADDITIONAL DEFENDANTS:

AIR NEW ZEALAND LIMITED
ALL NIPPON AIRWAYS CO., LTD.
CATHAY PACIFIC AIRWAYS LTD.
CHINA AIRLINES. LTD.
JAPAN AIRLINES INTERNATIONAL COMPANY, LTD.
MALAYSIA AIRLINE SYSTEM BERHAD
QANTAS AIRWAYS LIMITED
SINGAPORE AIRLINES LIMITED
THAI AIRWAYS INTERNATIONAL, LTD.
UNITED AIRLINES