1  David A. Senior (SBN 108579)
   Benjamin D. Weston (SBN 240641)
2  Carrie A. McQuaid (SBN 254066)
   McBreen & Senior
3  2029 Century Park East
   Third Floor
4  Los Angeles, California 90067
   Telephone: 310-552-5300
5  Facsimile: 310-552-1205
   Email:  dsenior@mcbreensenior.com
6
   Attorneys for Defendant
7  Malaysian Airline System Berhad

8  Other counsel listed at signature lines

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION** | Master File No.07-cv-5634 CRB <br><br> MDL. NO. 1913 <br><br> **STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** |
| This Document Relates To: <br><br> *Leung  v. EVA Airways Corp., et al.* <br> 3:08-cv-1616 VRW | |

Pursuant to Local Rule 6-1, and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation ("JPML") Transfer Order consolidating Transpacific Passenger Air cases, and the Order of Judge Charles R. Breyer dated March 31, 2008 consolidating this case with the MDL 1913 Transpacific Passenger Air cases, plaintiff Dickson Leung ("Plaintiff"), and defendant Malaysian Airline System Berhad, sued herein as "Malaysia Airlines" ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger Air cases file and serve a consolidated amended complaint; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air cases provide notice that a consolidated amended complaint will not be filed.

Dated: April 1, 2008

By: /s/ Carrie A. McQuaid
David A. Senior
Benjamin D. Weston
Carrie A. McQuaid
McBreen & Senior
2029 Century Park East
Third Floor
Los Angeles, California 90067
Telephone: 310-552-5300
Facsimile: 310-552-1205
Email:  dsenior@mcbreensenior.com

Attorneys for Defendant
Malaysian Airline System Berhad

Dated: April 1, 2008

By: /s/
Jack W. Lee (SBN 71626)
Brad Yamauchi (SBN 73245)
Sean Tamura-Sato (SBN 254092)
Minami Tamaki, LLP
360 Post Street 8th Floor
San Francisco, CA  94108
Telephone:    (415) 788-9000
Facsimile:     (415) 398-3887

Attorneys for Plaintiff and the Class

Concurrence in the filing of this stipulation has been obtained from the foregoing signatories pursuant to United States District Court, Northern District of California General Order 45(X)(B).

By: __/s/ Carrie A. McQuaid_____